IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE SMITH,

    Plaintiff,

v.                                    CASE NO. 4:06-cv-00097-MP-AK

LEONA J. COLLINS, et al.,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 4, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed pursuant to 28 U.S.C. § 1915(g). The Magistrate Judge filed the Report and Recommendation on Monday, May 15, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Report and Recommendation and the lack of objections thereto filed, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This action is dismissed pursuant to 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this  *20th* day of June, 2006

                                *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge